```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
OMAR MARTINEZ,                                                   :
                                                                 :
                                  Petitioner,                    :
                                                                 :     23-cv-1281 (LJL)
                 -v-                                             :
                                                                 :           ORDER
SUPERINTENDENT MARK T. MILLER,                                   :
                                                                 :
                                  Respondent.                    :
                                                                 :
-----------------------------------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/21/24
```

LEWIS J. LIMAN, United States District Judge:

      The Court will hold a hearing on August 7, 2024, at 11:00 AM on the question whether Petitioner delivered his state court 440.10 motion to the prison authorities for mailing on or before March 21, 2022. Petitioner is invited to attend and present testimony and evidence. Respondent also is invited to attend and present evidence. Respondent is directed to prepare and submit to the Court by June 28, 2024, a proposed writ of habeas corpus ad testificandum to secure Petitioner's presence at the hearing.

      SO ORDERED.

Dated: June 21, 2024
       New York, New York

                                                                          LEWIS J. LIMAN
                                                  United States District Judge