

# OFFICE OF THE DISTRICT ATTORNEY, Bronx County

**DARCEL D. CLARK**  198 East 161st Street  (718) 838-7091
*District Attorney*  Bronx, New York 10451

June 25, 2024

The Honorable Lewis Liman
United States District Judge
Southern District of New York
500 Pearl St. New York, NY 10007-1312

<span style="color:blue">REQUEST GRANTED IN PART. The hearing previously set for August 7, 2024 is rescheduled to August 12, 2024. The hearing will be held in Courtroom 15C at the 500 Pearl Street Courthouse.

6/27/2024

SO ORDERED.

LEWIS J. LIMAN
United States District Judge</span>

Re:   Omar Martinez v. Miller,
      23 CV 1281 (LJL)

Dear Judge Liman:

   I represent respondent in the above-referenced habeas corpus matter. I am writing in response to the Court's June 21, 2024 order scheduling a hearing for August 7, 2024. I respectfully request an adjournment of 30 days due to my travel schedule and work conflicts. In particular, I will be out of state the entire week of August 5 (including the scheduled hearing date of August 7). In addition, I have a hearing scheduled for August 21 in another case. And, I will be out of state again the entire week of August 26.

   Therefore, respondent respectfully requests that the hearing in this case be rescheduled for after Labor Day.

Very truly yours,

EMILY ANNE ALDRIDGE
ASSISTANT DISTRICT ATTORNEY
APPEALS BUREAU

cc:   Omar Martinez
      16-A-0497
      Attica Correctional Facility
      639 Exchange St
      Attica, NY 14011-0149