```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   8/9/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
OMAR MARTINEZ,

                Petitioner,

                                            23-cv-1281 (LJL)
   -v-

                                               ORDER
SUPERINTENDENT MARK T. MILLER,

                Respondent.
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court approves and has signed the subpoena requested by Respondent in its letter of August 8, 2024.

      SO ORDERED.

Dated: August 9, 2024
       New York, New York

                                                      LEWIS J. LIMAN
                                               United States District Judge