```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
OMAR MARTINEZ,                                                       :
                                                                     :
                              Petitioner,                            :
                                                                     :    23-cv-1281 (LJL)
             -v-                                                     :
                                                                     :       ORDER
SUPERINTENDENT MARK T. MILLER,                                       :
                                                                     :
                              Respondent.                            :
                                                                     :
---------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

     A continued evidentiary hearing is scheduled for September 4, 2024. At the prior hearing on August 12, 2024, Petitioner referenced several exhibits that he had mailed to the Court and to Respondents. The Court has not directly received these exhibits. Respondents have uploaded two of these exhibits, labeled G and H, at Dkt. No. 39. Respondent is directed to upload to ECF, prior to the hearing, any additional exhibits received from Petitioner.

     SO ORDERED.

Dated: September 3, 2024
       New York, New York

                                              LEWIS J. LIMAN
                                      United States District Judge