```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/10/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
OMAR MARTINEZ,

                Petitioner,

            -v-                                    23-cv-01281 (LJL)

SUPERINTENDENT MARK T. MILLER,           ORDER

                Respondent.
-----------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

       Respondent Superintendent Mark T. Miller is ordered to serve an additional copy of their brief in support of the motion to dismiss on Petitioner Omar Martinez, along with a copy of this Order. Respondent is directed to file proof of service on the docket. Petitioner will then have until Monday, February 17, 2025, to respond. Respondent will then have until Monday, March 3, 2025, to reply, which reply shall also be served on Petitioner and proof of service filed on the docket.

       SO ORDERED.

Dated: January 10, 2025
       New York, New York

                                                          LEWIS J. LIMAN
                                                         United States District Judge