**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
OMAR MARTINEZ,

                       Petitioner,

      -against-                                           23 **CIVIL** 1281 (LJL)

                                                           <u>**JUDGMENT**</u>

SUPERINTENDENT MARK T. MILLER,

                       Respondent.

-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated July 2, 2025, the motion to dismiss is GRANTED. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

**Dated:**  New York, New York

      July 7, 2025

                                         **TAMMI M. HELLWIG**
                                    _____
                                       **Clerk of Court**

                   **BY:**               K. Mango
                                      _____
                                        **Deputy Clerk**