USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/3/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OMAR MARTINEZ,

Petitioner,

-v-

SUPERINTENDENT MARK T. MILLER,

Respondent.

23-cv-01281 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court granted Respondent's motion to dismiss Petitioner Omar Martinez's habeas petition on July 2, 2025. Dkt. No. 57. At that time, the Court certified under 28 U.S.C. § 1915(a)(3) that "any appeal from this order would not be taken in good faith." *Id.* at 19.

Rule 22(b) of the Federal Rules of Appellate Procedure provides that "[i]n a habeas corpus proceeding in which the detention complained of arises from process issued by a state court . . . the applicant cannot take an appeal unless a circuit justice or a circuit or district judge issues a certificate of appealability under 28 U.S.C. § 2253(c)." Section 2253(c) provides that "[a] certificate of appealability may issue . . . only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). "[A] federal court should not deny a COA 'merely because it believes the applicant will not demonstrate an entitlement to relief.'" *Hoffler v. Bezio*, 726 F.3d 144, 154 (2d Cir. 2013) (quoting *Miller-El v. Cockrell*, 537 U.S. 322, 337 (2003)). "Rather, a COA should issue if 'jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right.'" *Id.* (quoting *Slack v. McDaniel*, 529 U.S. 473, 478 (2000)).

The Court declines to issue a certificate of appealability because Martinez has not made a

substantial showing of a denial of a constitutional right based on the Court's dismissal of his untimely petition for a writ of habeas corpus.

SO ORDERED.

Dated: September 3, 2025
New York, New York

LEWIS J. LIMAN
United States District Judge