UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

OMAR MARTINEZ,

                    Petitioner,

      -v-

MARK T. MILLER,

                    Respondent.

------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/16/2026

23-cv-01281 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

    The Court appoints Criminal Justice Act (CJA) Attorney Richard Ma as counsel for Petitioner.  Mr. Ma shall meet and confer with Respondent and inform the Court by no later than May 15, 2026, when Petitioner will be prepared for an evidentiary hearing on the question whether Petitioner timely delivered his state court 440.10 motion to the prison authorities for mailing.

    SO ORDERED.

Dated: April 16, 2026
      New York, New York

                               LEWIS J. LIMAN
                      United States District Judge