USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/08/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

OMAR MARTINEZ,

Petitioner,

-v-

MARK T. MILLER,

Respondent.

---------------------------------------------------------------------X

23-cv-01281 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

This order memorializes the rulings made at the conference on September 8, 2026.

The Court will hold a hearing on Richard Ma's motion to withdraw as appointed counsel on September 11, 2026 at 1:00 p.m. Petitioner, Petitioner's counsel, and Respondent shall all be present for the hearing. Respondent and Petitioner's counsel are directed to dial into the Court's teleconference line at 646-453-4442 and use Conference ID# 358639322. Respondent is directed to arrange Petitioner's appearance at the hearing.

In the event that the dispute between Petitioner and his counsel is resolved, the Court will address at the September 11, 2026 conference any issues raised by the parties with respect to the October 5, 2026 evidentiary hearing.

SO ORDERED.

Dated: September 8, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge