USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/05/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

OMAR MARTINEZ,

Petitioner,

-v-

MARK T. MILLER,

Respondent.

---------------------------------------------------------------------X

23-cv-01281 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The parties are to submit a letter to the Court no later than October 19, 2026, addressing the earliest dates on which this case will be ready for a hearing and indicating the witnesses each party wishes to call and any requests that such witnesses be permitted to testify remotely.

SO ORDERED.

Dated: October 5, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge